People of the State of Illinois, Plaintiff-Appellee, v. Lacey Vell Knowles, Defendant-Appellant.

Gen. No. 50,870. (Abstract of Decision.)

First District, Second Division.
January 12, 1968.

Leonard S. Whitcup and Edward M. Fiala, Jr., of Chicago, for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and David B. Selig, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE LYONS. Not to be published in full.